UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Crim. No. 13-Cr-290 (ES) |
| CAROLYN JACKSON and JOHN E. JACKSON | : | SEALING ORDER |

This matter having come before the Court upon the application of the United States of America (Melissa L. Jampol, Assistant U.S. Attorney, appearing), for arrest warrants, and its concurrent application that the Indictment filed against the persons named in the warrants be filed under seal, and good cause having been shown,

IT IS, on this 29 day of April, 2013,

ORDERED that, except for such copies of the arrest warrants as are necessary to accomplish their purpose, the Indictment and all other documents filed in this matter be and hereby are SEALED until the arrest warrants are executed or until further order of the Court.

_____
HONORABLE MARK FALK
United States Magistrate Judge