<u>UNITED STATED DISTRICT COURT</u>
<u>DISTRICT OF NEW JERSEY</u>
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE:** NEWARK                                                                    **DATE:** May 27, 2015
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:**   Ralph Florio

**TITLE OF CASE:**
                                                                                                **DOCKET # 13-290**

UNITED STATES OF AMERICA
                    v.
Carolyn and John Jackson
DEFTS. PRESENT

**APPEARANCES:**

Melissa Jampol, AUSA for Government
Joseph Shumofsky, ASUA for Government
Carol Gillian, AFPD for Defendant John Jackson
David Holman, AFPD for Defendant John Jackson
Rubin Sinins, Esq. for Defendant Carolyn Jackson
Herbert Waldman, Esq. for Defendant Carolyn Jackson

**Nature of Proceedings**:  TRIAL WITH JURY CONTINUED

Trial with jury continued at 9:00 a.m.
Jurors present at 9:15 a.m.

     Dr. Wilbur Smith – continued on the stand
     Cross as to witness – Smith
Lunch recess from 1:00 until 1:30 p.m.
     Cross continued as to witness – Dr. Wilbur Smith


Evidence admitted.
Order trial adjourned at 3:00 p.m. until 5/28/15 at 9:00 a.m.

**Time Commenced:**   9:00
**Time Adjourned:**      3:00
**Total Time: 5:00**

                                                        <u>S/ RoseMarie Olivieri-Guilloty</u>
                                                        DEPUTY CLERK