UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :

          v.             :      **Crim. No. 13-290 (KSH)**

CAROLYN JACKSON         :

**VERDICT FORM**

**COUNT ONE**

(Conspiracy to Endanger the Welfare of a Child:   J.J.#2  ,  J.J.#3  ,  C.J.#3  )

_____Not Guilty          ✓_____Guilty

**COUNT TWO**

(Endangering the Welfare of a Child:

Withholding sufficient nourishment and food from   J.J.#2   )

_____Not Guilty          ✓_____Guilty

**COUNT THREE**

(Endangering the Welfare of a Child:

Physically assaulting   J.J.#2   with various objects and with their hands)

_____Not Guilty          ✓_____Guilty

1

## COUNT FOUR

(Endangering the Welfare of a Child:
Withholding adequate water from     **J.J.#3**     and prohibiting her from drinking water)

_____Not Guilty           \_\_✓\_\_\_Guilty

## COUNT FIVE

(Endangering the Welfare of a Child:
Forcing     **J.J.#3**     to ingest hot sauce, red pepper flakes, and raw onion)

_____Not Guilty           \_\_✓\_\_\_Guilty

## COUNT SIX

(Endangering the Welfare of a Child:
Physically assaulting     **J.J.#3**     with various objects and with their hands)

_____Not Guilty           \_\_✓\_\_\_Guilty

## COUNT SEVEN

(Endangering the Welfare of a Child:
Withholding sufficient nourishment and food from     **C.J.#3**     )

_____Not Guilty           \_\_✓\_\_\_Guilty

2

## COUNT EIGHT

(Endangering the Welfare of a Child:
Withholding adequate water from      C.J.#3      and
prohibiting her from drinking water)


_____Not Guilty                    ___✓___Guilty


## COUNT NINE

(Endangering the Welfare of a Child:
Forcing      C.J.#3      to ingest hot sauce and red pepper flakes)


_____Not Guilty                    ___✓___Guilty


## COUNT TEN

(Endangering the Welfare of a Child:
Causing      C.J.#3      to ingest excessive sodium
and a sodium-laden substance while restricting her fluid intake)


_____Not Guilty                    ___✓___Guilty


## COUNT ELEVEN

(Endangering the Welfare of a Child:
Withholding prompt and proper medical care for
C.J.#3      's dehydration and elevated sodium levels)


_____Not Guilty                    ___✓___Guilty


3

## COUNT TWELVE

(Endangering the Welfare of a Child:
Physically assaulting        C.J.#3        with various objects and with their hands)

_____Not Guilty                   ✓_____Guilty

## COUNT THIRTEEN

(Endangering the Welfare of a Child:
Withholding prompt and proper medical care for        C.J.#3        's fractured humerus)

✓_____Not Guilty                   _____Guilty

Please have the foreperson sign and date the verdict form:

DATE: _July 8, 2015_            FOREPERSON: _____

4