UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | Criminal No. 2:13-cr-00290(KSH) |
| v. : | |
| CAROLYN JACKSON and : | |
| JOHN E. JACKSON : | NOTICE OF MOTION |
| Defendants : | |

To: Joseph Shumofsky, A.U.S.A.
Melissa L. Jampol, A.U.S.A.
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, NJ 07102

PLEASE TAKE NOTICE that, at a time and date set by the Court, the undersigned, attorneys for Defendant Carolyn Jackson, shall move before the Honorable Katharine S. Hayden, U.S.D.J., U.S. Courthouse, 2 Federal Square, Newark, New Jersey for an Order for Judgment of Acquittal, pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure or, in the alternative, a new trial, pursuant to Rule 33(c) of the Federal Rules of Criminal Procedure. Defendant shall rely on a brief to be submitted.

JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS

By: Herbert I. Waldman

Dated: July 13, 2015