**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**


**OFFICE:  NEWARK**                                     **DATE:** April 13, 2015
**JUDGE:** KATHARINE S. HAYDEN
**COURT REPORTER:**  Yvonne Devion


**TITLE OF CASE:**
                                                        **DOCKET  # 13-290**

UNITED STATES OF AMERICA
                v.
Carolyn and John Jackson

**DEFTS. PRESENT**

**APPEARANCES:**

Melissa Jampol, AUSA for Government
Joseph Shumofsky, ASUA for Government
David Holman, AFPD for Defendant John Jackson
Carol Gillian, AFPD for defendant John Jackson
Rubin Sinins, Esq. for Defendant Carolyn Jackson
Herbert Waldman, Esq. for Defendant Carolyn Jackson

**Nature of Proceedings**:     Sentencing hearing as to Carolyn Jackson and John Jackson, Sr.

Sentencing hearing commenced at 9:00 a.m.
Lunch recess from 1:00 until 2:00 p.m.
Hearing continued.

Defendant Carolyn Jackson
Imprisonment – 24 months
Supervised Release –3 years
Special conditions – Mental health treatment; new debt restrictions
Special Assessment - $1200.00
Defendant advised of right to appeal.
No Fine.

Defendant John Jackson, Sr.
Probation - 3 years
Special conditions –Mental health treatment; new debt restrictions; 400 hours community
service.
Special Assessment - $1,000
Defendant advised of right to appeal.
Fine - $15,000

Court scheduled oral argument on the pending (404) motions for bail pending appeal for
1/12/16 at 10:00 a.m.

**Time Commenced: 9:00**
**Time Adjourned: 8:30**
**Total Time: 10:30**


<u>S/ RoseMarie Olivieri-Guilloty</u>
 DEPUTY CLERK