DNJ-Cr-023 (09/2017)

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 APR -5  P 1: 24

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Criminal No. 2:13-cr-00290 |
|---|---|
| v. | |
| John Jackson, Carolyn Jackson | **REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS** |
| Defendant(s). | **(Requestor Not Represented by Counsel)** |

I, David Porter, wish to obtain a copy of the sentencing materials submitted to the Court on 04/05/2018 in this case as to defendant, John Jackson, Carolyn Jackson. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: **dporter@ap.org**

Address: _____

_____

_____

_____

By: _____