UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Katharine S. Hayden, U.S.D.J. |
| Appellant | : | |
| v. | : | Crim. No. 13-290 (KSH) |
| | : | |
| CAROLYN JACKSON, | : | **Notice of Appeal** |

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742(b), the United States of America hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's amended judgment entered on April 20, 2018.

Respectfully submitted,

CRAIG CARPENITO
UNITED STATES ATTORNEY

By:   Mark E. Coyne
      Assistant U.S. Attorney
      Chief, Appeals Division

May 21, 2018
Newark, New Jersey

CERTIFICATION OF SERVICE

I hereby certify that on May 21, 2018, I caused a copy of the attached Notice of Appeal to be served electronically, using the Court's ECF System, by Notice of Electronic Filing on the following Filing Users:

Rubin Sinins, Esq.
rsinins@lawjw.com
Counsel for Appellee)

Carol Gillen, AFPD
carol_gillen@fd.org
(Counsel for Appellee in related appeal)

_____
Mark E. Coyne
Assistant U.S. Attorney
Chief, Appeals Division


Dated: May 21, 2018